IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON OTHA MARTIN,            )
                                )
            Plaintiff,          )
                                )
      v.                        )       1:25CV152
                                )
AUTHOR SHEPARD, et al.,         )
                                )
            Defendants.         )

**ORDER**

On October 27, 2025, the United States Magistrate Judge's Text Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that is the Plaintiff's Motion entitled "Removal of Magistrate Judge want a Regular Judge" (Doc. 20) is DENIED.

                          /s/   Thomas D. Schroeder
                          United States District Judge

November 24, 2025