IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON OTHA MARTIN,            )
                                )
              Plaintiff,        )
                                )
      v.                        )            1:25cv152
                                )
AUTHOR SHEPARD et al.,          )
                                )
              Defendants.       )


**<u>ORDER</u>**

On July 13, 2026, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Brandon Otha Martin's motion for summary judgment (Doc. 24) is DENIED.


                          /s/   Thomas D. Schroeder
                          United States District Judge

August 7, 2026